IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARDO ESTRADA,

    Petitioner,               No. CIV S-06-2427 MCE KJM P

    vs.

WARDEN D.G. ADAMS, et al.,

    Respondents.         <u>ORDER</u>

    _____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the execution of his sentence. Petitioner currently resides in Kings County, which is in an area covered by the Fresno division of this court.

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

1    2. All future filings shall reference the new Fresno case number assigned and
2 shall be filed at:

3 United States District Court
Eastern District of California
4 2500 Tulare Street
Fresno, CA 93721
5

6 DATED: November 15, 2006.

7 _____
U.S. MAGISTRATE JUDGE
8

9 1/mp
estr2427.109
10

2