1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
LEONARDO ESTRADA,                          CV F   06-1656 AWI SMS HC

10
                         Petitioner,       ORDER GRANTING PETITIONER'S
                                           MOTION FOR EXTENSION OF TIME TO
11
        v.                                 FILE OPPOSITION; OPPOSITION DUE
                                           WITHIN THIRTY DAYS FROM THE DATE
12                                         OF SERVICE
D.G. ADAMS, Warden,
13
                         Respondent.       [Doc. 12]
14 _____/

15
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
pursuant to 28 U.S.C. § 2254.
17
        Now pending before the Court is Petitioner's motion for extension of time to file an
18
opposition to Respondent's motion to dismiss.  Good cause having been demonstrated,
19
Petitioner's motion is GRANTED, and Petitioner's opposition is due within thirty (30) days from
20
the date of service of this order.
21

22
IT IS SO ORDERED.
23
**Dated:   May 8, 2007**                      **/s/ Sandra M. Snyder**
24                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1