# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESTRADA, | CV F  06-1656 AWI SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE REPLY TO PETITIONER'S OPPOSITION |
| v. | [Doc. 15] |
| D.G. ADAMS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Respondent's motion to dismiss the instant petition as time-barred, filed March 23, 2007. Petitioner filed an opposition on May 29, 2007. Respondent has not filed a reply.

In his opposition, Petitioner contends that he is entitled to tolling based on a state-created impediment and/or equitable tolling due to the prison facilities closure of the law library. On the basis of good cause, the Court will order Respondent to file a reply addressing Petitioner's contentions.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition; and

2. Within **twenty (20)** days from the date Respondent files his reply, Petitioner may

1

file a sur-reply.

IT IS SO ORDERED.

**Dated:**     **August 21, 2007**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE