# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESTRADA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D.G. ADAMS, Warden,<br><br>　　　　　Respondent.<br>_____/ | CV F  06-1656 AWI SMS HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO THE PETITION WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Following the denial of Respondent's motion to dismiss the instant petition as time-arred by 28 U.S.C. § 2244(d), it is HEREBY ORDERED that Respondent shall file an answer addressing the merits of the petition within **forty-five (45)** days from the date of service of this order.  Petitioner may file a traverse within **thirty (30)** days after Respondent files his answer.  All other provisions of the Court's January 22, 2007, order to respond remain in full force and effect.  (Court Doc. 9.)

IT IS SO ORDERED.

Dated:　　April 16, 2008　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE