IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEONARDO ESTRADA,**<br><br>         Petitioner,<br><br>v.<br><br>**D.G. ADAMS, Warden,**<br><br>         Respondent. | 1:06-cv-01656 AWI SMS (HC)<br><br>**O R D E R   G R A N T I N G RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (DOC. #26)**<br><br>**FILING DEADLINE: 07/02/2008** |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 3, 2008, Respondent filed a motion to extend time to file their answer to the petition for writ of habeas corpus.

   GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted an extension of time, up to and including July 2, 2008, to file an answer to the petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   June 6, 2008**              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE