1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LEONARDO ESTRADA,                    1:06-cv-01656-AWI-SMS (HC)

12            Petitioner,                 ORDER GRANTING PETITIONER'S
                                          FIRST MOTION FOR EXTENSION OF
13        vs.                             TIME TO FILE TRAVERSE

14   D.G. ADAMS,                          (DOCUMENT #29)

15            Respondent.                 THIRTY DAY DEADLINE

16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On August 7, 2008, petitioner filed a motion to extend time to file a traverse.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file a

22   traverse.

23

24   IT IS SO ORDERED.

25   **Dated:    August 13, 2008**              _____/s/ Sandra M. Snyder_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28